UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

    Plaintiff,                                       Case No. 23-cv-10479

vs.                                                  Hon. Mark A. Goldsmith

AMBA, Inc.

    Defendant.

_____/

**STIPULATION AND ORDER GRANTING PLAINTIFF'S MOTION
TO WITHDRAW PLAINTIFF'S MOTION TO ENFORCE
SETTLEMENT (Dkt. 20) AND DISMISSING CASE WITH PREJUDICE**

        The parties stipulate that the Plaintiff's Motion to Enforce Settlement be withdrawn. The parties further stipulate that this case may be dismissed with prejudice and without costs and the matter closed.

        Pursuant to the above Stipulation,

        IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw (Dkt. 20) is GRANTED, Plaintiff's Motion to Enforce Settlement (Dkt. 17) is WITHDRAWN, and this matter is DISMISSED with prejudice.

        **SO ORDERED.**

Dated: June 5, 2025                                  s/Mark A. Goldsmith
Detroit, Michigan                                MARK A. GOLDSMITH
                                                      United States District Judge

Stipulated to by:

| | |
|---|---|
| /s/ Owen B Dunn, Jr. | */s/ Nicholas D. Standiford* |
| | Nicholas D. Standiford (P83097) |
| Owen B. Dunn, Jr. (P66315) | Schain, Banks, Kenny & Schwartz, Ltd. |
| Law Offices of Owen Dunn, Jr. | Attorney for Defendant |
| The Offices of Unit C | 70 W. Madison Street, Suite 5400 |
| 6800 W. Central Ave., Suite C-1 | Chicago, IL 60602 |
| Toledo, OH  43611 | (312) 345-5700/FAX: (312) 345-5701 |
| 419-241-9661 | nstandiford@schainbanks.com |
| obdjr@owendunnlaw.com | |
| Attorney for Plaintiff | |